**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Luther VEREEN, Jr., Defendant–
Appellant.**

No. 09–8048.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 22, 2010.

Decided: April 27, 2010.

Luther Vereen, Jr., Appellant Pro Se. Arthur Bradley Parham, Assistant United

States Attorney, Florence, South Carolina, for Appellee.

Before TRAXLER, Chief Judge, and KING and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luther Vereen, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Vereen*, No. 4:03–cr–00271–CWH–1 (D.S.C. Aug. 10, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*